UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-81229-DMM

HOWARD COHAN,

    Plaintiff,

vs.

MVP PALM BEACH LLC, a Florida Limited Liability Company, d/b/a PDQ WEST PALM BEACH; MVP POMPANO BEACH LLC, a Florida Limited Liability Company, d/b/a PDQ POMPANO BEACH;  MVP DEERFIELD BEACH OPCO LLC, a Florida Limited Liability Company, d/b/a PDQ DEERFIELD BEACH; MVP DANIA POINTE OPCO LLC, a Florida Limited Liability Company, d/b/a PDQ DANIA BEACH,

    Defendant(s).
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendants, MVP PALM BEACH LLC, d/b/a PDQ WEST PALM BEACH; MVP POMPANO BEACH LLC, d/b/a PDQ POMPANO BEACH; MVP DEERFEILD BEACH OPCO LLC, d/b/a PDQ DEERFIELD BEACH; MVP DANIA POINTE OPCO LLC, d/b/a PDQ DANIA BEACH.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email at rocco.cafaro@hwhlaw.com.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Attorney for Plaintiff